June 20, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

EDWARD PAUL CELESTINE, Appellant

NO. 14-12-00248-CV                    V.

COURTYARD OF THREE FOUNTAINS ASSOCIATION AND KRJ
MANAGEMENT, INC., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on February 28, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order this decision certified below for observance.